**Harold A. THOMAS, Appellant,**

**v.**

**DEPARTMENT OF CORRECTIONS; Iowa State Penitentiary Correctional Officers; Mike Conwell; John Ault; Rebecca Jenkin; David Badcock; Martin Rum; Mike Wilken; Mr. Meyer; Mr. Warden; Debra Nicholas; Carl Charleston; Jasson Steltonburge;**

---

Windy Wong–Gabriel; Karen Casey; Terry Davis; Madelena Davis; Mr. Scruggs; Tyron Lorenzana; Tony Mendez; Joyce Miller; Mr. Tentant; Dr. Antonio Sanchez; Tehanna Erich; Sara Varemazen; Lieutenant Fedler; Randy Vanwye; A. Mendez; Lerry Lorezano; Nurse Angela; Mr. Russco, Appellees.

No. 09–3595.

United States Court of Appeals, Eighth Circuit.

Submitted: June 30, 2010.

Filed: July 6, 2010.

Harold A. Thomas, Clarinda, IA, pro se.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Iowa inmate Harold Thomas appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 complaint. We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B. We also deny Thomas's motion for appellate counsel.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.